USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/26/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NORRIS,<br><br>                    *Plaintiff*,<br>-against-<br><br>VEJA NORTH AMERICA INC., *et al.*,<br><br>                    *Defendants*. | 1:23-CV-09818 (ALC)<br><br>**ORDER OF**<br>**DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made on or before **March 11, 2024**.

**SO ORDERED.**

Dated: January 26, 2024
           New York, New York

                                                                    *\[signature\]*
                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**

1